PD-1176&1177-15

PD-1176&1177-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/10/2015 11:50:04 AM
Accepted 9/14/2015 2:05:28 PM
ABEL ACOSTA
CLERK

NOS. _____

| | | |
|---|---|---|
| MALCOLM MCCLENON | § | IN THE COURT OF CRIMINAL |
| VS. | § | APPEALS FOR THE STATE |
| THE STATE OF TEXAS | § | OF TEXAS AT AUSTIN |

ON APPEAL FROM THE
363RD JUDICIAL DISTRICT COURT
OF DALLAS COUNTY, TEXAS
IN CAUSE NOS. F12-54585-W & F12-54586-W
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS IN CAUSE NOS. 05-14-00833-CR & 05-14-00834-CR

APPELLEE'S MOTION TO EXTEND THE TIME FOR FILING THE
APPELLEE'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant, Malcolm McClenon, and respectfully requests that the time for the filing of the Appellant's Petition For Discretionary Review in the above-styled and -numbered causes be extended. In support of this motion the Appellee would show the Court the following:

I.

Appellant was convicted of the offenses of unlawful possession of a controlled substance and unlawful possession of a firearm by a felon and was given sentences of 15 and 10 years, respectively. On August 11, 2015, in Opinion Nos. 05-14-00833-CR & 05-14-00834-CR, the Court of Appeals affirmed the judgments of the trial court.

FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

II.

The Appellant's Petition For Discretionary Review is due on or before September 10, 2015. Appellee respectfully requests an extension of time until October 10, 2015.

III.

No previous extension of time has been requested.

IV.

The Appellant would show the Court that a reasonable explanation exists for the requested extension. The facts on which the Appellant relies to reasonably explain the need for this extension are as follows:

Before the undersigned attorney can begin work on the Petition in this case, the undersigned attorney must prepare and file the briefs in *Gage*, No. 05-15-00538-CR;*Jefferson*, No. 05-15-00477-CR; *Simmons*, No. 05-15-00162-CR; and *Ramiro*, Nos. 08-15-00227-CR, 08-15-00228-CR, 08-15-00229-CR & 08-15-00230-CR, all of which have already been granted extensions.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that the time for the filing of the Appellee's Petition For Discretionary Review be extended until October 10, 2015.

Respectfully submitted,

Lynn Richardson                  /s/ Kathleen A. Walsh
Chief Public Defender            Kathleen A. Walsh
Dallas County                    Assistant Public Defender
                                 State Bar No. 20802200
                                 133 N. Riverfront Blvd., LB-2
                                 Dallas, TX. 75207-4399
                                 (214) 653-3550 (telephone)
                                 (214) 653-3539 (fax)
                                 kwalsh@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Appellate Division of the Dallas County Criminal District Attorney's Office, on the 10th day of September, 2015 by electronic transmission to DCDAAppeals@dallascounty.org.

/s/ Kathleen A. Walsh
Kathleen A. Walsh